AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Medical Imaging & Technology Alliance, et al.<br>*Plaintiff*<br>v.<br>The Library of Congress, et al.<br>*Defendant* | )<br>)<br>)  Case No. 1:22-cv-499 (BAH)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Medical Imaging & Technology Alliance and Advanced Medical Technology Association.

Date: 03/03/2022

/s/ Alex C. Boota
*Attorney's signature*

Alex C. Boota (MD: 2106150129)
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
*Address*

aboota@mwe.com
*E-mail address*

(202) 756-8998
*Telephone number*

(202) 756-8087
*FAX number*