UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Medical Imaging & Technology Alliance, et al.

Plaintiff(s)

Case No.: 1:22-cv-00499-BAH

vs.

The Library of Congress, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Certificate Rule LCvR 26.1, and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That on 03/04/2022 at 4:02 PM, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Certificate Rule LCvR 26.1, and Complaint for Declaratory and Injunctive Relief with Exhibits by serving Erin Trotta, Paralegal, authorized to accept service.

Erin Trotta is described herein as:

Gender: Female   Race/Skin: White   Age: 36   Weight: 170   Height: 5'6"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/7/22
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1600035

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050