IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIBRARY OF CONGRESS, *et al.*,<br><br>Defendants. | CASE NO.: 1:22-cv-00499-BAH |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendants:

RACHAEL WESTMORELAND
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

Dated: April 5, 2022

Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

 */s/ Rachael L. Westmoreland*
RACHAEL WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, D.C. 20001
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov