

**mwe.com**

Michael B. Kimberly
Attorney at Law
mkimberly@mwe.com
+1 202 756 8901

August 23, 2022

VIA ELECTRONIC FILING

Chief Judge Beryl A. Howell
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington D.C. 20001

      Re:    *Medical Imaging & Technology Alliance v. Library of Congress*, No. 1:22-cv-499

Dear Chief Judge Howell,

I am lead counsel for the plaintiffs in the above-captioned case and will present argument on their behalf in the event the Court schedules oral argument on the pending dispositive motions. Briefing was completed on the motions on June 30, 2022. *See* Dkt. 20.

I write to alert the Court to upcoming oral arguments that I am scheduled to present in other cases. First, I am scheduled to present oral argument in the Fourth Circuit on a date to be set between October 25 and 28, 2022, in *Wild Virginia v. Council on Environmental Quality*, No. 21-1839. Second, I am scheduled to present argument on December 8, 2022, on pending dispositive motions in *Virginia Hospital & Healthcare Association v. Kimsey*, E.D. Va. No. 3:20-cv-587.

For the reasons given in our motion to establish an accelerated briefing schedule (Dkt. 11), we are hopeful that the Court will schedule oral argument in this matter sooner than these other obligations come to pass. Nonetheless, I wanted to alert the Court in case it is considering a later date.

Thank you in advance for the consideration.

Sincerely,

/s/ *Michael B. Kimberly*

cc: opposing counsel (via CM/ECF)



500 North Capitol Street, NW Washington DC 20001-1531 Tel +1 202 756 8000 Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*