IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, et al.,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>LIBRARY OF CONGRESS, et al.,<br><br>　　　　　　　　　*Defendants*. | No. 1:22-cv-499 (BAH) |

**JOINT MOTION FOR LEAVE TO FILE
THE JOINT APPENDIX OUT OF TIME**

　　Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7(n)(2), the parties jointly move for leave to file the joint appendix out of time. The final brief on the parties' dispositive cross-motions was filed on June 30, 2022, making the joint appendix due pursuant to Local Rule 7(n)(2) on July 14, 2022. The parties regrettably but inadvertently overlooked that deadline. Filing the joint appendix now will not unduly delay resolution of the case, and it will ensure that the Court has the pertinent record materials readily at hand.

　　Wherefore, the parties respectfully request that the Court grant this motion and deem filed the six-volume joint appendix attached hereto.

Dated: August 25, 2022　　　　　　　　　　　　Respectfully submitted,

/s/ *Rachael Westmoreland*\*　　　　　　　　　　/s/ *Michael B. Kimberly*

Rachael Westmoreland
　U.S. Department of Justice
　950 Pennsylvania Avenue NW
　Washington, D.C., DC 20530
　(202) 514-1280
　rachael.westmoreland@usdoj.gov

*Counsel for Defendants*

\* signed with permission

Michael B. Kimberly (Bar No. 991549)
　McDermott Will & Emery LLP
　500 North Capitol Street NW
　Washington, DC 20001
　(202) 756-8000
　mkimberly@mwe.com

*Counsel for Plaintiffs*