**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, et al., <br><br>　　　　　　*Plaintiffs*, <br><br> v. <br><br> LIBRARY OF CONGRESS, et al., <br><br>　　　　　　*Defendants*. | No. 1:22-cv-499 (BAH) |

**NOTICE OF FILING OF THE JOINT APPENDIX**

Pursuant to the Court's order of August 26, 2022, undersigned counsel respectfully files the six-volume joint appendix as exhibits hereto.

Dated: August 29, 2022

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (Bar No. 991549)
　McDermott Will & Emery LLP
　500 North Capitol Street NW
　Washington, DC 20001
　(202) 756-8000
　mkimberly@mwe.com

*Counsel for Plaintiffs*

1