# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRARY OF CONGRESS, *et al.*<br><br>Defendants. | Civil Action No. 22-499 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the plaintiffs' Motion for Summary Judgment, ECF No. 10, defendants' Cross-Motion to Dismiss, or, in the alternative, Cross-Motion for Summary Judgment, ECF No. 16, the legal memoranda in support and in opposition, and the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Cross-Motion to Dismiss, ECF No. 16, is **GRANTED**; it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment, ECF No. 10, is **DENIED**; it is further

**ORDERED** that the plaintiffs' Complaint, ECF No. 1, is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: March 7, 2023

*This is a final and appealable order.*

                                                        _____
                                                        BERYL A. HOWELL
                                                        CHIEF JUDGE