# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5067**                      **September Term, 2023**

**1:22-cv-00499-BAH**

**Filed On: August 2, 2024** [2068005]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

       Appellants

       v.

Library of Congress and Carla Hayden, in
her official capacity as Librarian of
Congress,

       Appellees

## M A N D A T E

In accordance with the judgment of June 7, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:     /s/
                                    Daniel J. Reidy
                                    Deputy Clerk

Link to the judgment filed June 7, 2024