# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5067                                              September Term, 2023

FILED ON: JUNE 7, 2024

MEDICAL IMAGING & TECHNOLOGY ALLIANCE AND ADVANCED MEDICAL TECHNOLOGY ASSOCIATION,
        APPELLANTS

v.

LIBRARY OF CONGRESS AND CARLA HAYDEN, IN HER OFFICIAL CAPACITY AS LIBRARIAN OF CONGRESS,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00499)

Before: RAO and CHILDS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## **JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be vacated and the case be remanded for the District Court to consider the merits of the APA claims in the first instance, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: June 7, 2024

Opinion for the court filed by Circuit Judge Rao.
Dissenting opinion filed by Circuit Judge Childs.