**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, et al.,<br><br>                        *Plaintiffs*,<br><br>v.<br><br>LIBRARY OF CONGRESS, et al.,<br>                        *Defendants*. | No. 1:22-cv-499 (BAH) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| A | Register of Copyrights, *Section 1201 Rulemaking: Eighth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention*, Recommendation of the Register of Copyrights, (Oct. 19, 2021)<br><br>(*2021 Register's Recommendation*) |
| B | Medical Imaging & Technology Alliance, *Long Comment Regarding a Proposed Exemption Under 17 U.S.C. § 1201*, Eighth Triennial Rulemaking<br><br>(*MITA 2021 Comments*) |
| C | Advanced Medical Technology Ass'n, *Long Comment Regarding a Proposed Exemption Under 17 U.S.C. § 1201*, Eighth Triennial Rulemaking<br><br>(*AdvaMed 2021 Comments*) |
| D | Philips North America, LLC, *Long Comment Regarding a Proposed Exemption Under 17 U.S.C. § 1201*, Eighth Triennial Rulemaking<br><br>(*Philips 2021 Comments*) |
| E | Register of Copyrights, *Section 1201 Rulemaking: Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention*, Recommendation of the Register of Copyrights, 37-38 (Oct. 18, 2024)<br><br>(*2024 Register's Recommendation*) |
| F | Medical Imaging & Technology Alliance, *Comments of the Medical Imaging & Technology Alliance in Response to Section 1201 Renewal Petition Regarding Medical Devices*, Ninth Triennial Rulemaking<br><br>(*MITA 2024 Comments*) |
| G | Advanced Medical Technology Ass'n, *Long Comment Regarding a Proposed Exemption Under 17 U.S.C. § 1201*, Ninth Triennial Rulemaking<br><br>(*AdvaMed 2024 Comments*) |
| H | Philips North America, LLC, *Comments by Philips North America, LLC In Response To Petitions To Renew DMCA Exemption Relating to Medical Devices*, Ninth Triennial Rulemaking<br><br>(*Philips 2024 Comments*) |