IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRARY OF CONGRESS, et al.,<br><br>Defendants. | No. 1:22-cv-499-BAH |

**[PROPOSED] ORDER ON SUMMARY JUDGMENT**

Having considered plaintiffs' Motion for Summary Judgment, the statements of points and authorities filed in support thereof and opposition thereto, and the judgment of the parties, the Court hereby:

**ORDERS** that plaintiffs' Motion for Summary Judgment is **GRANTED**; and the Court further

**ORDERS** that 37 C.F.R. § 201.40(b)(17) is vacated, held unlawful, and set aside pursuant to 5 U.S.C. § 706; and the Court further

**ORDERS** that defendants are enjoined from implementing, enforcing, or otherwise carrying out 37 C.F.R. § 201.40(b)(17) in any manner or fashion.

**SO ORDERED.**

Dated: _____

_____
Hon. Beryl A. Howell
United States Senior District Judge

1