**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LIBRARY OF CONGRESS, *et al.*,<br><br>  Defendants. | CASE NO.: 1:22-cv-00499-BAH |

### NOTICE OF FILING CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendants hereby file a certified list of the contents of the administrative record in this case. Attached hereto as Exhibit A is the list of contents of the administrative record, and the declaration of J. Mark Sweeny certifying the contents. A copy of the administrative record itself will be served on Plaintiffs' counsel.

Dated: December 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

  */s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov