# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MEDICAL IMAGING &
TECHNOLOGY ALLIANCE, *et al.*,

Plaintiffs,

v.

LIBRARY OF CONGRESS, *et al.*,

Defendants.

CASE NO.: 1:22-cv-00499-BAH

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, J. Mark Sweeney, Principal Deputy Librarian of the Library of Congress, certify that the attached index includes all non-privileged documents that were directly or indirectly considered in connection with the Librarian of Congress' promulgation of the Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 89 Fed. Reg. 85,437, 85,449 (October 28, 2024), codified at 37 C.F.R. § 201.40(b)(17).

Executed this 18th day of December 2024, in Washington, DC.

J. Mark Sweeney
Principal Deputy Librarian of Congress
Library of Congress

Medical Imaging & Technology Alliance, *et al.* v. Library of Congress, *et al.*
Case No. 1:22-cv-00499-BAH (D.D.C.)

**ADMINISTRATIVE RECORD INDEX**

**Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 89 Fed. Reg. 85,437 (Oct. 28, 2024)**

1. **Library of Congress and U.S. Copyright Office Federal Register Notices in Section 1201 Rulemakings**
   - 1.1. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 67 Fed. Reg. 63,578 (Oct. 15, 2002) (notification of inquiry) (LOC_AR_00000001–00000005)
   - 1.2. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 70 Fed. Reg. 57,526 (Oct. 3, 2005) (notification of inquiry) (LOC_AR_00000006–00000011)
   - 1.3. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 73 Fed. Reg. 58,073 (Oct. 6, 2008) (notification of inquiry) (LOC_AR_00000012–00000018)
   - 1.4. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 73 Fed. Reg. 79,425 (Dec. 29, 2008) (notification of proposed rulemaking) (LOC_AR_00000019–00000022)
   - 1.5. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 76 Fed. Reg. 60,398 (Sept. 29, 2011) (notification of inquiry and request for comments) (LOC_AR_00000023–00000030)
   - 1.6. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 77 Fed. Reg. 65,260 (Oct. 26, 2012) (final rule) (LOC_AR_00000031–00000050)
   - 1.7. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 79 Fed. Reg. 55,687 (Sept. 17, 2014) (notification of inquiry and request for petitions) (LOC_AR_00000051–00000058)
   - 1.8. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 79 Fed. Reg. 73,856 (Dec. 12, 2014) (notice of proposed rulemaking) (LOC_AR_00000059–00000075)
   - 1.9. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 80 Fed. Reg. 65,944 (Oct. 28, 2015) (final rule) (LOC_AR_00000076–00000096)
   - 1.10. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works, 82 Fed. Reg. 29,804 (June 30, 2017) (notification of inquiry and request for petitions) (LOC_AR_00000097–00000101)

1.11. Exemptions to Permit Circumvention of Access to Controls on Copyrighted Works, 82 Fed. Reg. 49,550 (Oct. 26, 2017) (notification of proposed rulemaking) (LOC_AR_00000102–00000115)

1.12. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 83 Fed. Reg. 54,010 (Oct. 26, 2018) (final rule) (LOC_AR_00000116–00000137)

1.13. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works, 85 Fed. Reg. 37,399 (June 22, 2020) (notification of inquiry and request for comments) (LOC_AR_00000138–00000142)

1.14. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works, 85 Fed. Reg. 65,293 (Oct. 15, 2020) (notification of proposed rulemaking) (LOC_AR_00000143–00000160)

1.15. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 86 Fed. Reg. 59,627 (Oct. 28, 2021) (final rule) (LOC_AR_00000161–00000175)

1.16. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works, 88 Fed. Reg. 37,486 (June 8, 2023) (notification of inquiry and request for petitions) (LOC_AR_00000176–00000179)

1.17. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works: Notice and Request for Public Comment, 88 Fed. Reg. 42,891 (July 5, 2023) (notification of inquiry, extension of comment period) (LOC_AR_00000180)

1.18. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works, 88 Fed. Reg. 72,013 (Oct. 19, 2023) (notification of proposed rulemaking) (LOC_AR_00000181–00000195)

1.19. Exemptions to Permit Circumvention of Access Controls on Copyrighted Works: Notice of Public Hearings, 89 Fed. Reg. 8,453 (Feb. 7, 2024) (LOC_AR_00000196–00000197)

1.20. Exemptions to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 89 Fed. Reg. 85,437 (Oct. 28, 2024) (final rule) (LOC_AR_00000198–00000211)

**2. Section 1201 Rulemaking Recommendations of the Register of Copyrights**

2.1. Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, 65 Fed. Reg. 64,556 (Oct. 27, 2000) (final rule) (LOC_AR_00000212–00000231)

2.2. Recommendation of the Register of Copyrights in RM 2002-4; Rulemaking on Exemptions from Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies (Oct. 27, 2003) (LOC_AR_00000232–00000429)

2.3. Recommendation of the Register of Copyrights in RM 2005-11; Rulemaking on Exemptions from Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies (Nov. 17, 2006) (LOC_AR_00000430–00000517)

2.4. Recommendation of the Register of Copyrights in RM 2008-8; Rulemaking on Exemptions from Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies (June 11, 2010) (LOC_AR_00000518–00000779)

2.5. U.S. COPYRIGHT OFFICE, SECTION 1201 RULEMAKING: FIFTH TRIENNIAL PROCEEDING TO DETERMINE EXEMPTIONS TO THE PROHIBITION ON CIRCUMVENTION, RECOMMENDATION OF THE REGISTER OF COPYRIGHTS (2012) (LOC_AR_00000780–00000948)

2.6. U.S. COPYRIGHT OFFICE, SECTION 1201 RULEMAKING: SIXTH TRIENNIAL PROCEEDING TO DETERMINE EXEMPTIONS TO THE PROHIBITION ON CIRCUMVENTION, RECOMMENDATION OF THE REGISTER OF COPYRIGHTS (2015) (LOC_AR_00000949–00001355)

2.7. U.S. COPYRIGHT OFFICE, SECTION 1201 RULEMAKING: SEVENTH TRIENNIAL PROCEEDING TO DETERMINE EXEMPTIONS TO THE PROHIBITION ON CIRCUMVENTION, RECOMMENDATION OF THE REGISTER OF COPYRIGHTS (2018) (LOC_AR_00001356–00001697)

2.8. U.S. COPYRIGHT OFFICE, SECTION 1201 RULEMAKING: EIGHTH TRIENNIAL PROCEEDING TO DETERMINE EXEMPTIONS TO THE PROHIBITION ON CIRCUMVENTION, RECOMMENDATION OF THE REGISTER OF COPYRIGHTS (2021) (LOC_AR_00001698–00002053)

2.9. U.S. COPYRIGHT OFFICE, SECTION 1201 RULEMAKING: NINTH TRIENNIAL PROCEEDING TO DETERMINE EXEMPTIONS TO THE PROHIBITION ON CIRCUMVENTION, RECOMMENDATION OF THE REGISTER OF COPYRIGHTS (2024) (LOC_AR_00002054–00002292)

**3. Section 1201 Rulemaking National Telecommunications & Information Administration Letters**

3.1. Letter from Evelyn L. Remaley, Acting Assistant Sec'y for Commc'ns & Info. & Adm'r, Nat'l Telecomms. & Info. Admin., U.S. Dep't of Commerce, to Shira Perlmutter, Register of Copyrights and Dir., U.S. Copyright Office (Oct. 1, 2021) (LOC_AR_00002293–00002436)

3.2. Letter from Alan Davidson, Assistant Sec'y for Commc'ns & Info. Adm'r, Nat'l Telecomms. & Info. Admin., U.S. Dep't of Commerce, to Shira Perlmutter, Register of Copyrights and Dir., U.S. Copyright Office (Sept. 24, 2024) (LOC_AR_00002437–00002503)

4. **Public Comments Regarding Petitions to Renew Exemptions Submitted in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

4.1. Renewal Pet. - Documentary Films - Joint Filmmakers (LOC_AR_00002504–00002508)

4.2. Renewal Pet. - Documentary Films - New Media Rights (LOC_AR_00002509–00002513)

4.3. Renewal Pet. - Noncom. Videos - New Media Rights (LOC_AR_00002514–00002518)

4.4. Renewal Pet. - Nonfiction Multimedia E-books - Bobette Buster, Authors Alliance, Inc., and American Association of University Professors (LOC_AR_00002519–00002523)

4.5. Renewal Pet. - AV Educ. - Brigham Young University (LOC_AR_00002524–00002528)

4.6. Renewal Pet. - AV Educ. - Joint Educators I (LOC_AR_00002529–00002533)

4.7. Renewal Pet. - AV Educ. MOOCs - Joint Educators I (LOC_AR_00002534–00002538)

4.8. Renewal Pet. - AV Educ. Nonprofits - Library Copyright Alliance & Hobbs (LOC_AR_00002539–00002543)

4.9. Renewal Pet. - Captioning - Association of Transcribers and Speech-to-Text Providers and Library Copyright Alliance (LOC_AR_00002544–00002548)

4.10. Renewal Pet. - Preservation - Library Copyright Alliance (LOC_AR_00002549–00002553)

4.11. Renewal Pet. - AV Educ. TDM - Authors Alliance, Inc., Library Copyright Alliance, and American Association of University Professors (LOC_AR_00002554–00002558)

4.12. Renewal Pet. - TDM - Authors Alliance, Inc., Library Copyright Alliance, and American Association of University Professors (LOC_AR_00002559–00002563)

4.13. Renewal Pet. - Assistive Technologies - American Council of the Blind, American Foundation for the Blind, HathiTrust, and Library Copyright Alliance (LOC_AR_00002564–00002568)

4.14. Renewal Pet. - Medical Device Data - Coalition of Medical Device Patients and Researchers (LOC_AR_00002569–00002573)

4.15. Renewal Pet. - Unlocking - Institute of Scrap Recycling Industries, Inc. (LOC_AR_00002574–00002578)

4.16. Renewal Pet. - Jailbreaking Mobile Devices - Electronic Frontier Foundation (LOC_AR_00002579–00002583)

4.17. Renewal Pet. - Jailbreaking Mobile Devices - New Media Rights (LOC_AR_00002584–00002588)

4.18. Renewal Pet. - Jailbreaking Smart TVs - Electronic Frontier Foundation (LOC_AR_00002589–00002593)

4.19. Renewal Pet. - Jailbreaking Smart TVs - Software Freedom Conservancy (LOC_AR_00002594–00002598)
4.20. Renewal Pet. - Jailbreaking Voice Devices - Electronic Frontier Foundation (LOC_AR_00002599–00002603)
4.21. Renewal Pet. - Jailbreaking Routers - Software Freedom Conservancy (LOC_AR_00002604–00002608)
4.22. Renewal Pet. - Vehicle Repair – iFixit (LOC_AR_00002609–00002613)
4.23. Renewal Pet. - Vehicle Repair – MEMA (LOC_AR_00002614–00002618)
4.24. Renewal Pet. - Device Repair - Electronic Frontier Foundation (LOC_AR_00002619–00002622)
4.25. Renewal Pet. - Medical Devices - Avante Health Solutions, Avante Diagnostic Imaging, and Avante Ultrasound (LOC_AR_00002623–00002631)
4.26. Renewal Pet. - Medical Devices - Avante Health Solutions, Avante Diagnostic Imaging, and Avante Ultrasound (Exhibits A-D) (LOC_AR_00002632–00002706)
4.27. Renewal Pet. - Medical Devices - Crothall Facilities Management, Inc. (LOC_AR_00002707–00002711)
4.28. Renewal Pet. - Medical Devices - Metropolis International (LOC_AR_00002712–00002716)
4.29. Renewal Pet. - Medical Devices - TriMedx Holdings, LLC (LOC_AR_00002717–00002721)
4.30. Renewal Pet. - Medical Devices - TTG Imaging Solutions, LLC (LOC_AR_00002722–00002726)
4.31. Renewal Pet. - Security Research - Blaze and Bellovin (LOC_AR_00002727–00002731)
4.32. Renewal Pet. - Security Research - Software Freedom Conservancy (LOC_AR_00002732–00002736)
4.33. Renewal Pet. - Security Research – MEMA (LOC_AR_00002737–00002741)
4.34. Renewal Pet. - Security Research - Halderman and Green (LOC_AR_00002742–00002746)
4.35. Renewal Pet. - Abandoned Video Games - Software Preservation Network and Library Copyright Alliance (LOC_AR_00002747–00002751)
4.36. Renewal Pet. - Preservation - Software Preservation Network and Library Copyright Alliance (LOC_AR_00002752–00002756)
4.37. Renewal Pet. - 3D Printers - Michael Weinberg (LOC_AR_00002757–00002761)
4.38. Renewal Pet. - Comp. Programs Investigating Potential Infringement - Software Freedom Conservancy (LOC_AR_00002762–00002766)
4.39. Supp. - Video Game Accessibility - Kelvin Hammond (LOC_AR_00002767–00002768)
4.40. Supp. - Vehicle Repair - American Farm Bureau Federation (LOC_AR_00002769–00002770)

4.41. Supp. - Security Research - A Group of Hackers at DEF CON (LOC_AR_00002771–00002773)

4.42. Supp. - Preservation - Austin Burt (LOC_AR_00002774–00002775)

4.43. Supp. - 3D Printing - Skizit Powers (LOC_AR_00002776–00002777)

4.44. Opp. - Noncom. Videos - DVD CCA & AACS LA (LOC_AR_00002778–00002781)

4.45. Opp. - Medical Devices - Philips North America, LLC (LOC_AR_00002782–00002820)

4.46. Opp. - Medical Devices - Medical Imaging & Technology Alliance (LOC_AR_00002821–00002826)

4.47. Opp. - Medical Devices - American Consumer Institute (LOC_AR_00002827–00002829)

4.48. Opp. - Medical Devices - Advanced Medical Technology Association (AdvaMed) (LOC_AR_00002830–00002838)

4.49. Opp. - Device Repair - Author Services, Inc. (LOC_AR_00002839–00002841)

4.50. Opp. - AV Educ. TDM - DVD CCA & AACS LA (LOC_AR_00002842–00002845)

**5. Public Comments Regarding Petitions for Newly Proposed Exemptions Submitted in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

5.1. Renewal/New Pet. - Audiovisual Works—Noncom. Videos - Organization for Transformative Works (LOC_AR_00002846–00002850)

5.2. New Pet. - Audiovisual Works—Online Learning - Joint Educators II (LOC_AR_00002851–00002853)

5.3. New Pet. - Motion Pictures—Text and Data Mining - Authors Alliance, Inc., Library Copyright Alliance, and American Association of University Professors #1 (LOC_AR_00002854–00002856)

5.4. New Pet. - Literary Works—Text and Data Mining - Authors Alliance, Inc., Library Copyright Alliance, and American Association of University Professors #2 (LOC_AR_00002857–00002859)

5.5. New Pet. - Computer Programs—Generative AI Research - Jonathan Weiss (LOC_AR_00002860–00002862)

5.6. New Pet. - Computer Programs—Repair - Public Knowledge and iFixit (LOC_AR_00002863–00002865)

5.7. New Pet. - Computer Programs—Preservation - Software Preservation Network and Library Copyright Alliance #1 (LOC_AR_00002866–00002868)

5.8. New Pet. - Video Games—Preservation - Ken Austin (LOC_AR_00002869–00002871)

5.9. New Pet. - Computer Programs—Preservation - Software Preservation Network and Library Copyright Alliance #2 (LOC_AR_00002872–00002874)

5.10. New Pet. - Video Games—Preservation - Thomas Sullivan (LOC_AR_00002875–00002877)

5.11. New Pet. - Computer Programs—Vehicle Operational Data – MEMA (LOC_AR_00002878– 00002880)

5.12. Class 2 Initial Comments - Joint Educators II (LOC_AR_00002881–00002900)

5.13. Class 3(a) and 3(b) Initial Comments - Authors Alliance, Inc., Library Copyright Alliance, and American Association of University Professors (LOC_AR_00002901–00002990)

5.14. Class 4 Initial Comments - HackerOne, Inc. (LOC_AR_00002991– 00002992)

5.15. Class 4 Initial Comments - Hacking Policy Council (LOC_AR_00002993–00002997)

5.16. Class 4 Initial Comments – OpenPolicy (LOC_AR_00002998–00003004)

5.17. Class 5 Initial Comments - Public Knowledge (LOC_AR_00003005–00003022)

5.18. Class 6(a) Initial Comments - Software Preservation Network and Library Copyright Alliance (LOC_AR_00003023–00003041)

5.19. Class 6(b) Initial Comments - Software Preservation Network and Library Copyright Alliance (LOC_AR_00003042–00003061)

5.20. Class 6(b) Initial Comments – Anonymous (LOC_AR_00003062)

5.21. Class 6(b) Initial Comments - Anonymous 2 (LOC_AR_00003063)

5.22. Class 6(b) Initial Comments - Tripp Ceyssens (LOC_AR_00003064)

5.23. Class 7 Initial Comments – MEMA (LOC_AR_00003065–00003071)

5.24. Class 7 Initial Comments - Specialty Equipment Market Association (SEMA) (LOC_AR_00003072–00003073)

5.25. Class 1 Opposition Comments - DVD CCA and AACS LA (LOC_AR_00003074–00003078)

5.26. Class 1 Opposition Comments - Joint Creators I (LOC_AR_00003079–00003082)

5.27. Class 2 Opposition Comments - DVD CCA and AACS LA (LOC_AR_00003083–00003109)

5.28. Class 2 Opposition Comments - DVD CCA and AACS LA (Exs. 1-9, 12) (LOC_AR_00003110–00003471)

5.29. Class 2 Opposition Comments - DVD CCA and AACS LA (Ex. 10) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class2-Oppn-DVD-CCA-and-AACS-LA-Exhibit-10.mp4)

5.30. Class 2 Opposition Comments - DVD CCA and AACS LA (Ex. 11) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class2-Oppn-DVD-CCA-and-AACS-LA-Exhibit-11.mp4)

5.31. Class 2 Opposition Comments - Joint Creators II (LOC_AR_00003472–00003486)

5.32. Class 3(a) and 3(b) Opposition Comments - Joint Creators III (LOC_AR_00003487–00003500)

5.33. Class 3(a) Opposition Comments - DVD CCA and AACS LA (LOC_AR_00003501–00003547)

5.34. Class 3(a) Opposition Comments - DVD CCA and AACS LA (Ex. 1) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class3a-Oppn-DVD-CCA-and-AACS-LA-Exhibit-1.mp4)

5.35. Class 3(a) Opposition Comments - DVD CCA and AACS LA (Ex. 2) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class3a-Oppn-DVD-CCA-and-AACS-LA-Exhibit-2.mp4)

5.36. Class 3(a) Opposition Comments - DVD CCA and AACS LA (Ex. 3) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class3a-Oppn-DVD-CCA-and-AACS-LA-Exhibit-3.mp4)

5.37. Class 3(a) Opposition Comments - DVD CCA and AACS LA (Ex. 4) (Exhibit available at: https://stream-media.loc.gov/copyright/section-1201/2024/Class3a-Oppn-DVD-CCA-and-AACS-LA-Exhibit-4.mp4)

5.38. Class 3(b) Opposition Comments - Association of American Publishers (LOC_AR_00003548–00003584)

5.39. Class 3(b) Opposition Comments - International Association of Scientific, Technical and Medical Publishers (STM) (LOC_AR_00003585–00003587)

5.40. Class 4 Opposition Comments - ACT | The App Association (LOC_AR_00003588–00003591)

5.41. Class 4 Opposition Comments - DVD CCA and AACS LA (LOC_AR_00003592–00003614)

5.42. Class 4 Opposition Comments - Joint Creators II (LOC_AR_00003615–00003620)

5.43. Class 5 Opposition Comments - ACT | The App Association (LOC_AR_00003621–00003624)

5.44. Class 5 Opposition Comments - Associated Equipment Distributors (LOC_AR_00003625–00003626)

5.45. Class 5 Opposition Comments - Joint Creators I (LOC_AR_00003627–00003631)

5.46. Class 5 Opposition Comments - Philips North America, LLC (LOC_AR_00003632–00003638)

5.47. Class 6(a) and 6(b) Opposition Comments - DVD CCA and AACS LA (LOC_AR_00003639–00003644)

5.48. Class 6(a) and 6(b) Opposition Comments - Joint Creators I (LOC_AR_00003645–00003654)

5.49. Class 6(b) Opposition Comments - Entertainment Software Association (LOC_AR_00003655–00003671)

5.50. Class 7 Opposition Comments - Alliance for Automotive Innovation (Auto Innovators) (LOC_AR_00003672–00003697)

5.51. Class 7 Opposition Comments - Association of Equipment Manufacturers (LOC_AR_00003698–00003705)

5.52. Class 7 Opposition Comments - Joint Creators I (LOC_AR_00003706–00003712)

5.53. Class 7 Opposition Comments - National Association of Manufacturers (LOC_AR_00003713–00003728)

5.54. Class 2 Reply Comments - Joint Educators II (LOC_AR_00003729–00003739)

5.55. Class 3(a) and 3(b) Reply Comments - Authors Alliance, American Association of University Professors, and Library Copyright Alliance (LOC_AR_00003740–00003776)

5.56. Class 3(a) Reply Comments - Kinolab (LOC_AR_00003777–00003784)

5.57. Class 3(b) Reply Comments - Quinn Dombrowski (LOC_AR_00003785–00003804)

5.58. Class 4 Reply Comments - HackerOne Inc. (LOC_AR_00003805–00003806)

5.59. Class 4 Reply Comments - Hacking Policy Council (LOC_AR_00003807–00003814)

5.60. Class 4 Reply Comments - Jonathan Weiss (LOC_AR_00003815–00003816)

5.61. Class 4 Reply Comments - Joint Academic Researchers (LOC_AR_00003817–00003863)

5.62. Class 5 Reply Comments - Association of Home Appliance Manufacturers (LOC_AR_00003864–00003867)

5.63. Class 5 Reply Comments - iFixit and Public Knowledge (LOC_AR_00003868–00003871)

5.64. Classes 5 & 7 Reply Comments - Department of Justice Antitrust Division and Federal Trade Commission (LOC_AR_00003872–00003889)

5.65. Class 6 Reply Comments - Keenan Conner (LOC_AR_00003989)

5.66. Class 6(a) Reply Comments - Software Preservation Network and Library Copyright Alliance (LOC_AR_00003890–00003898)

5.67. Class 6(b) Reply Comments - Anonymous (LOC_AR_00003899–00003900)

5.68. Class 6(b) Reply Comments - Anonymous 2 (LOC_AR_00003901–00003953)

5.69. Class 6(b) Reply Comments - Ken Austin (LOC_AR_00003954–00003956)

5.70. Class 6(b) Reply Comments - Software Preservation Network and Library Copyright Alliance (LOC_AR_00003957–00003983)

5.71. Class 7 Reply Comments - MEMA (LOC_AR_00003984–00003988)

6. **Public Hearings in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

6.1. Section 1201 Public Hearings Agenda (LOC_AR_00003990–00003994)

6.2. Transcript of Section 1201 Public Hearings – Class 2 (Apr. 16, 2024) (LOC_AR_00003995–00004056)

6.3. Transcript of Section 1201 Public Hearings – Class 5 (Apr. 16, 2024) (LOC_AR_00004057–00004143)

6.4. Transcript of Section 1201 Public Hearing – Class 3(a), 3(b) (Apr. 17, 2024) (LOC_AR_00004144– 00004243)

6.5. Transcript of Section 1201 Public Hearing – Class 4 (Apr. 17, 2024) (LOC_AR_00004244–00004338)

6.6. Transcript of Section 1201 Public Hearings – Class 6(a), 6(b) (Apr. 18, 2024) (LOC_AR_00004339–00004441)

6.7. Transcript of Section 1201 Public Hearings – Class 7 (Apr. 18, 2024) (LOC_AR_00004443–00004509)

6.8. Transcript of Section 1201 Public Hearings – Audience Participation (Apr. 18, 2024) (LOC_AR_00004510–00004526)

**7. Post-Hearing Letters and Responses in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

7.1. Class 5 Post-Hearing Letter (May 20, 2024) (LOC_AR_00004527–00004528)

7.2. Class 5 Post Hearing Response – ACT | The App Association (May 28, 2024) (LOC_AR_00004529–00004531)

7.3. Class 5 Post-Hearing Response – iFixit & Public Knowledge (May 28, 2024) (LOC_AR_00004532–00004535)

7.4. Class 5 Post-Hearing Response – Joint Creators and Copyright Owners (May 28, 2024) (LOC_AR_00004536–00004538)

7.5. Class 7 Post-Hearing Letter (May 20, 2024) (LOC_AR_00004539–00004540)

7.6. Class 7 Post-Hearing Response – Alliance for Automotive Innovation (May 28, 2024) (LOC_AR_00004541–00004559)

7.7. Class 7 Post-Hearing Response – Auto Care Association (May 29, 2024) (LOC_AR_00004560–00004561)

7.8. Class 7 Post-Hearing Response – iFixit (June 6, 2024) (LOC_AR_00004442)

7.9. Class 7 Post-Hearing Response – MEMA, The Vehicle Suppliers Association (May 28, 2024) (LOC_AR_00004562–00004563)

**8. *Ex Parte* Communications in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

8.1. Class 4 *Ex Parte* Letter – Hacking Policy Council and Joint Academic Researchers (LOC_AR_00004564–00004572)

8.2. Class 5 *Ex Parte* Letter – Consumer Technology Association, Cisco, Hewlett Packard Enterprises, IBM, Information Technology Industry Council (ITI), and TechNet (LOC_AR_00004573–00004583)

8.3. Class 5 and 7 *Ex Parte* Letter – National Association of Manufacturers (LOC_AR_00004584–00004587)

**9. Letters Between the U.S. Copyright Office and Other Agencies in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

9.1. Letter from John T. Lynch, Jr., Chief, Comput. Crime & Intell. Prop. Section, Crim. Div., Dep't of Just., to Suzanne V. Wilson, Gen. Coun. & Assoc. Register of Copyrights, U.S. Copyright Office (Apr. 15, 2024) (LOC_AR_00004588–00004591)

9.2. Letter from Sen. Mark R. Warner, to Shira Perlmutter, Register of Copyrights & Dir., U.S. Copyright Office (May 24, 2024) (LOC_AR_00004592–00004593)

9.3. Letter from Suzanne B. Schwartz, Dir., Office of Strategic P'ships & Tech. Innovation, U.S. Food & Drug Admin., to Suzanne V. Wilson, Gen. Coun. & Assoc. Register of Copyrights, U.S. Copyright Office (June 21, 2024) (LOC_AR_00004594–00004595)

**10. Other Record Materials in the Ninth Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention**

10.1. 2015 Joint Educators Class 3 Pet. (LOC_AR_00004596–00004600)

10.2. Transcript of Section 1201 Public Hearings (May 20, 2015) (LOC_AR_00004601–00005000)

10.3. Transcript of Section 1201 Public Hearings (May 27, 2015) (LOC_AR_00005001–00005325)

10.4. 2018 Bobette Buster et al. Nonfiction Multimedia E-Books Renewal Pet. (LOC_AR_00005326.001–00005326.005)

10.5. 2018 ESA Class 9 Opposition Comments (LOC_AR_00005330–00005338)

10.6. 2021 Bobette Buster et al. Nonfiction Multimedia E-Books Renewal Pet. (LOC_AR_00005339–00005343)

10.7. 2021 OTW Noncom. Videos Renewal Pet. (LOC_AR_00005344–00005348)

10.8. 2021 DVD CCA & AACS LA Noncom. Videos Opposition Comments (LOC_AR_00005349–00005352)

10.9. 2021 Joint Creators Noncom. Videos Opposition Comments (LOC_AR_00005353–00005354)

10.10. 2021 Joint Educators Class 1 Pet. (LOC_AR_00005355–00005357)

10.11. 2021 OTW Class 1 Pet. (LOC_AR_00005358.001–00005358.005)

10.12. 2021 DVD CCA & AACS LA Class 1 Opposition Comments (LOC_AR_00005366–00005418)

10.13. 2021 DVD CCA & AACS LA Class 1 Opposition Comments, Multimedia Evidence (Multimedia Evidence available at: https://www.copyright.gov/1201/2021/comments/opposition/Swank_Digital_Campus.mp4)

10.14. 2021 Joint Creators Class 1 Opposition Comments (LOC_AR_00005419–00005434)

10.15. 2021 DVD CCA & AACS LA Class 7 Opposition Comments (LOC_AR_00005435–00005454)

10.16. 2021 Joint Creators Class 7 Opposition Comments (LOC_AR_00005455–00005461)

10.17. 2021 Association of American Publishers Class 7(b) Opposition Comments (2021) (LOC_AR_00005462–00005474)

10.18. 2021 Advanced Medical Technology Association Class 12 Opposition Comments (LOC_AR_00005475–00005489)

10.19. 2021 Medical Imaging & Technology Alliance Class 12 Opposition Comments (LOC_AR_00005490–00005525)

10.20. 2021 Philips North America, LLC Class 12 Opposition Comments (LOC_AR_00005526–00005551)

10.21. Transcript of Section 1201 Public Hearings (Apr. 6, 2021) (LOC_AR_00005552–00005678)

10.22. Transcript of Section 1201 Public Hearings (Apr. 7, 2021) (LOC_AR_00005679–00005867)

10.23. U.S. COPYRIGHT OFFICE, COMPENDIUM OF U.S. COPYRIGHT OFFICE PRACTICES (3d ed. 2021) (LOC_AR_00005868–00007263)

10.24. U.S. COPYRIGHT OFFICE, COPYRIGHT AND ARTIFICIAL INTELLIGENCE – PART 1: DIGITAL REPLICAS (2024) (LOC_AR_00007264–00007335)

10.25. U.S. COPYRIGHT OFFICE, REPORT ON COPYRIGHT AND DIGITAL DISTANCE EDUCATION (1999) (LOC_AR_00007336–00007688)

10.26. U.S. COPYRIGHT OFFICE, SECTION 108 OF TITLE 17 (2017) (LOC_AR_00007689–00007760)

10.27. U.S. COPYRIGHT OFFICE, SECTION 1201 OF TITLE 17 (2017) (LOC_AR_00007761–00007955)

10.28. U.S. COPYRIGHT OFFICE, SOFTWARE-ENABLED CONSUMER PRODUCTS (2016) (LOC_AR_00007956–00008049)

10.29. U.S. FOOD & DRUG ADMIN., CYBERSECURITY IN MEDICAL DEVICES: QUALITY SYSTEM CONSIDERATIONS AND CONTENT OF PREMARKET SUBMISSIONS (Sept. 2023) (LOC_AR_00008050–00008106)

10.30. Federal Trade Commission, Policy Statement of the Federal Trade Commission on Repair Restrictions Imposed by Manufacturers and Sellers (July 21, 2021) (LOC_AR_00008107–00008108)

10.31. U.S. FOOD & DRUG ADMIN., REPORT ON THE QUALITY, SAFETY, AND EFFECTIVENESS OF SERVICING OF MEDICAL DEVICES (May 2018)(LOC_AR_00008109–00008140)

10.32. U.S. FOOD & DRUG ADMIN., STRENGTHENING CYBERSECURITY PRACTICES ASSOCIATED WITH SERVING OF MEDICAL DEVICES: CHALLENGES AND OPPORTUNITIES (2021) (LOC_AR_00008141–00008146)

10.33. FTC, NIXING THE FIX: AN FTC REPORT TO CONGRESS ON REPAIR RESTRICTIONS (May 2021)(LOC_AR_00008147–00008202)

10.34. Letter from Suzanne B. Schwartz, Dir., Office of Strategic P'ships & Tech. Innovation, U.S. Food & Drug Admin., to Kevin R. Amer, Acting Gen. Counsel &

Assoc. Register of Copyrights, U.S. Copyright Office (Aug. 13, 2021) (LOC_AR_00008203–00008206)

10.35. *About*, 2U, https://2u.com/about/ (LOC_AR_00008207–00008211)

10.36. LINKEDIN, https://learning.linkedin.com (LOC_AR_00008212–00008215)

10.37. SKILLSHARE, https://www.skillshare.com/en/ (LOC_AR_00008216–00008220)

10.38. UDEMY, https://www.udemy.com/ (LOC_AR_00008221–00008226)

10.39. *Terms of Use – Section 9.7. Relationship Between Us*, UDEMY, https://www.udemy .com/terms/ (LOC_AR_00008227–00008237)

10.40. Shayne Longpre et al., *A Safe Harbor for AI Evaluation and Red Teaming*, KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA INSTITUTE – DEEP DIVE: TOWARD A BETTER INTERNET (Mar. 5, 2024), https://knightcolumbia.org/blog/a-safe- harbor-for-ai-evaluation-and-red-teaming (LOC_AR_00008238–00008246)

10.41. Traian Rebedea et al., *NeMo Guardrails: A Toolkit for Controllable and Safe LLM Applications with Programmable Rails*, ARXIV https://arxiv.org/pdf/2310.10501.pdf (LOC_AR_00008247–00008261)

10.42. Exec. Order No. 14,110, 88 Fed. Reg. 75,191 (Oct. 30, 2023) (LOC_AR_00008262–00008297)

10.43. JOSH KENWAY ET AL., ALGORITHMIC JUST. LEAGUE, BUG BOUNTIES FOR ALGORITHMIC HARMS? (2022), https://www.ajl.org/bugs (LOC_AR_00008298–00008423)

10.44. Xinue Shen et al., *"Do Anything Now": Characterizing and Evaluating In-The-Wild Jailbreak Prompts on Large Language Models*, ARXIV (May 2024), https://arxiv.org/ pdf/2308.03825 (LOC_AR_00008424–00008445)

10.45. Daniel Kang et al., *Exploiting Programmatic Behavior of LLMs: Dual-Use Through Standard Security Attacks*, ARXIV (Feb. 2023), https://arxiv.org/pdf/2302.05733 (LOC_AR_00008446–00008459)

10.46. Gelei Deng et al., *Masterkey: Automated Jailbreaking of Large Language Model Chatbots*, NETWORK AND DISTRIBUTED SYSTEM SECURITY SYMPOSIUM (Feb. 26, 2024), https://www.ndss-symposium.org/wp-content/uploads/2024-188-paper.pdf (LOC_AR_00008460–00008475)

10.47. Gary Marcus & Reid Southen, *Generative AI Has a Visual Plagiarism Problem*, IEEE SPECTRUM (Jan. 6, 2024), https://spectrum.ieee.org/midjourney-copyright (LOC_AR_00008476–00008515)

10.48. Suyu Ge et al., *MART: Improving LLM Safety with Multi-round Automatic Red-Teaming*, ARXIV (Nov. 2023), https://arxiv.org/pdf/2311.07689 (LOC_AR_00008516–00008527)

10.49. Shayne Longpre et al., *A Safe Harbor for AI Evaluation and Red Teaming*, ARXIV (Mar. 2024), https://arxiv.org/pdf/2403.04893.pdf (LOC_AR_00008528–00008546)

10.50. Rollbar Editorial Team, *How to Resolve ChatGPT Limit Errors*, ROLLBAR: CODE TUTORIALS JAVA (Jul. 31, 2023), https://rollbar.com/blog/chatgpt-api-rate-limit-error (LOC_AR_00008547–00008555)

10.51. Andy Zou et al., *Universal and Transferable Adversarial Attacks on Aligned Language Models*, ARXIV (Dec. 2023), https://arxiv.org/pdf/2307.15043.pdf (LOC_AR_00008556–00008586)

10.52. *Rate Limits*, OPENAI PLATFORM, https://platform.openai.com/docs/guides/rate-limits/ (LOC_AR_00008587–00008591)

10.53. Xiangyu Qi et al., *Fine-Tuning Aligned Language Models Compromises Safety, Even When Users Do Not Intend It To!*, ARXIV (Oct. 2023), https://arxiv.org/pdf/2310.03693 (LOC_AR_00008592–00008636)

10.54. Luiza Pozzoban et al., *On the Challenges of Using Black-Box APIs for Toxicity Evaluation in Research*, ARXIV (Apr. 2023), https://arxiv.org/abs/2304.12397 (LOC_AR_00008637–00008655)

10.55. Emily Price, *Here's Exactly Why McDonald's Ice Cream Machines Are Always Broken*, FOOD & WINE (Apr. 5, 2024), https://www.foodandwine.com/mcdonalds-ice-cream-machine-broken-8627641 (LOC_AR_00008656–00008661)

10.56. Andy Greenberg, *McDonald's Ice Cream Machine Hackers Say They Found the 'Smoking Gun' That Killed Their Startup*, WIRED (Dec. 14, 2023), https://www.wired.com /story/kytch-taylor-mcdonalds-ice-cream-machine-smoking-gun/ (LOC_AR_00008662–00008667)

10.57. Andy Greenberg, *They Hacked McDonald's Ice Cream Machines—and Started a Cold War*, WIRED (Apr. 28, 2021), https://www.wired.com/story/they-hacked-mcdonalds-ice-cream-makers-started-cold-war/ (LOC_AR_00008668–00008695)

10.58. Julie Jargon, *McDonald's Customers Scream, and Get New Ice Cream Machines*, WALL ST. J. (Mar. 2, 2017), https://www.wsj.com/articles/mcdonalds-customers-scream-and-get-new-ice-cream-machines-1488476862 (LOC_AR_00008696–00008697)

10.59. Karen Kroslowitz, *Preservation, Conservation, Restoration: What's the Difference?*, COMPUT. HISTORY MUSEUM (Oct. 26, 2012), https://computerhistory.org/blog/ preservationconservation-restoration-whats-the-difference/ (LOC_AR_00008698–00008704)

10.60. Phil Salvador, *Survey of the Video Game Reissue Market in the United States*, VIDEO GAME HISTORY FOUNDATION (July 2023) (LOC_AR_00008705–00008755)

10.61. IKE BRANNON & KERRI SEYFERT, NAT'L ASS'N OF MFRS, THE ECONOMIC DOWNSIDES OF "RIGHT-TO-REPAIR" (Dec. 2023) (LOC_AR_00008756–00008768)

10.62. Game Developers Conference, *It's Still Emulation: Saving Video Game History Before It's Too Late*, YOUTUBE (Apr. 11, 2019), https://www.youtube.com/watch?v=dp-DRU24J18