IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRARY OF CONGRESS, *et al.*,<br><br>Defendants. | CASE NO.: 1:22-cv-00499-BAH |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants move for summary judgment. The bases for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Combined Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. A proposed order is also attached.

Dated: December 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

   */s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov