IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LIBRARY OF CONGRESS, *et al.*, <br><br> Defendants. | CASE NO.: 1:22-cv-00499-BAH |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment, it is hereby ORDERED that this Motion is GRANTED.

SO ORDERED.

Dated: _____          _____
                                          BERYL A. HOWELL
                                          UNITED STATES DISTRICT COURT JUDGE