IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBRARY OF CONGRESS, et al., <br><br> *Defendants*. | No. 1:22-cv-499 (BAH) |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR COMBINED REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully request a 28-day extension of time—to and including **February 28, 2025**—within which to file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment. Absent an extension, Plaintiffs' combined brief will be due on January 31, 2025. Defendants consent to the requested extension of time and agree that, if granted, the extension will shift the government's due date back commensurately, to March 28.

As good cause for the extension, Plaintiffs state as follows:

1. Plaintiffs filed its complaint against Defendant on February 25, 2022, challenging as unlawful an exemption promulgated by the Librarian of Congress pursuant to the DMCA. ECF No. 1. After an appeal to the D.C. Circuit, Plaintiffs filed an amended complaint (ECF No. 32) and motion for summary judgment (ECF No. 33).

2. Defendants filed their opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on December 20, 2024.

3. Pursuant to the Court's September 17, 2024, minute order, Plaintiffs' deadline to file a combined response and reply is January 31, 2025.

4. Good cause exists for Plaintiffs' requested 28-day extension:

a. Undersigned counsel has principal responsibility for several other cases with proximate due dates in the U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of Columbia, and U.S. District Court for the Northern District of Texas. Counsel also conducted oral argument in the U.S. Supreme Court in the period between receipt of Defendants' brief and the present request.

b. The intervening holiday season slowed the progress of ongoing matters.

c. Defendants have consented to the requested 28-day extension.

d. Plaintiffs respectfully submit that an extension will not cause any prejudice to either party or unduly delay resolution of this matter.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant their motion and extend the time within which to file a reply in support of their motion for summary judgment and opposition to Defendants' cross-motion by 28 days, to and including **February 28, 2025**. Granting such relief will shift the government's due date back commensurately, to March 28.

Dated: January 20, 2025                                          Respectfully submitted,

<u>/s/ *Michael B. Kimberly*</u>
Michael B. Kimberly (Bar No. 991549)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mkimberly@mwe.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2025, I caused the foregoing motion to be filed with the Clerk for the U.S. District Court for the District of Columbia through the CM/ECF system. Participants in the case who are registered CM/ECF users will be served through the CM/ECF system, as identified by the Notice of Electronic Filing.

Dated: January 20, 2025                                      Respectfully submitted,

/s/ *Michael B. Kimberly*
Michael B. Kimberly (Bar No. 991549)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mkimberly@mwe.com

*Counsel for Plaintiffs*