# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBRARY OF CONGRESS, et al., <br><br> *Defendants*. | No. 1:22-cv-499 (BAH) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION**

Having considered Plaintiffs' Consent Motion for an Extension of Time Within Which to File Their Combined Reply in Support of Their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion, and all other evidence and argument therewith, the Court finds that good cause exists for the requested extension and determines that the extension should be granted.

The Court hereby:

**ORDERS** that Plaintiffs' Motion for a 28-day extension of time is **GRANTED**. Plaintiffs shall file their reply by February 28, 2025.

**SO ORDERED.**

Dated: _____                    _____
                                                                                        Hon. Beryl A. Howell
                                                                                        United States District Judge