AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Medical Imaging & Technology Alliance, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00499-BAH |
| Library of Congress, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Medical Imaging & Technology Alliance and Advanced Medical Technology Association.

Date: 2/28/2024

s/ Charles Seidell
*Attorney's signature*

Charles Seidell (No. 1670893)
*Printed name and bar number*

McDermott Will & Emery
500 North Capitol Street NW
Washington, DC 20001
*Address*

cseidell@mwe.com
*E-mail address*

(202) 756-8140
*Telephone number*

(202) 756-8087
*FAX number*