IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE LIBRARY OF CONGRESS *et al.*,<br><br>    *Defendants*. | Case No. 1:22-cv-00499 |

## NOTICE OF APPEARANCE

Please take notice that Allison Walter, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: April 4, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Allison M. Walter*
ALLISON M. WALTER
Trial Attorney (DC Bar No. 90008637)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8492
E-mail: allison.m.walter@usdoj.gov

*Counsel for Defendants*

1

## **CERTIFICATE OF FAMILIARITY**

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

/s/   *Allison M. Walter*
ALLISON M. WALTER (DC Bar No. 90008637)