IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDICAL IMAGING & TECHNOLOGY ALLIANCE *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>THE LIBRARY OF CONGRESS *et al.*,<br><br>             Defendants. | CASE NO.: 1:22-cv-00499-BAH |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Allyson R. Scher as counsel for Defendants, as her employment with the Department of Justice will conclude on April 4, 2025.  Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.


Dated: April 4, 2025

Respectfully submitted,

*/s/ Allyson R. Scher*
ALLYSON R. SCHER (DC Bar No. 1616379)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 514-9836
E-mail: allyson.r.scher@usdoj.gov

*Counsel for Defendants*