**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBRARY OF CONGRESS, et al., <br><br><br> *Defendants*. | No. 1:22-cv-499 (BAH) |

**PLAINTIFF'S NOTICE OF FILING ADMINISTRATIVE RECORD APPENDIX**

Pursuant to Local Civil Rule 7(n)(2), Plaintiffs have conferred with the government and have agreed on the contents of the Rule 7(n) administrative record appendix to be filed in this case. The agreed appendix is attached to this notice.

Dated: April 11, 2025

*/s/ Michael B. Kimberly*
Michael B. Kimberly (No. 991549)
Charles Seidell (No. 1670893)
Alex C. Boota (*pro hac vice*)
  MCDERMOTT WILL & EMERY LLP
  500 North Capitol Street NW
  Washington, DC 20001
  (202) 756-8000
  mkimberly@mwe.com

*Counsel for Plaintiffs*