# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MEDICAL IMAGING & TECHNOLOGY
ALLIANCE *et al.*,

     *Plaintiffs*,

v.

LIBRARY OF CONGRESS *et al.*,

     *Defendants*.

Case No.: 1:22-cv-00499-BAH

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the undersigned attorney, Sarah M. Suwanda of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants in place of Allison Walter.  Undersigned hereby certifies pursuant to Local Rule 83.2(f) that she is personally familiar with the Local Rules of this Court.

Date: April 30, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.: (202) 305-3196
Email: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

1