UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBRARY OF CONGRESS, *et al.*,<br><br>    Defendants. | Civil Action No. 22-499 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of plaintiffs Medical Imaging & Technology Alliance and Advanced Medical Technology Association's motion for summary judgment, ECF No. 33, defendants Library of Congress and Librarian of Congress's cross motion for summary judgment, ECF No. 35, the legal memoranda, the administrative record, and the entire case record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' motion for summary judgment, ECF No. 33, is **DENIED**; it is further

**ORDERED** that defendants' cross motion for summary judgment, ECF No. 35, is **GRANTED**; it is further

**ORDERED** that judgment is entered in favor of defendants; and it is further

**ORDERED** that the Clerk of Corut is directed to close this case.

**SO ORDERED**.

*This is a final and appealable order.*

Date:  July 21, 2025

_____
**BERYL A. HOWELL**
United States District Judge