AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
**JUL 2 2 2025**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ADVANCED MEDICAL TECHNOLOGY ASSOC. et al )
　　　　　*Plaintiff* )
　　　　　v. )　　Civil Action No. 22-499 (BAH)
LIBRARY OF CONGRESS, et al )
　　　　　*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: judgment be entered in favor of defendants;

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge BERYL A. HOWELL on a motion for summary judgemnt by the plaintiff and defendant's cross motion for summary judgment.

Date: 07/22/2025

ANGELA D. CAESAR, CLERK OF COURT

*/s/ signature*
*Signature of Clerk or Deputy Clerk*