#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MEDICAL TECHNOLOGY ASSOCIATION *and* MEDICAL IMAGING & TECHNOLOGY ALLIANCE,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>LIBRARY OF CONGRESS *and* ROBERT R. NEWLEN, *in his official capacity as Acting Librarian of Congress*,[1]<br><br>    *Defendants*. | No. 22-cv-499<br><br>Judge Beryl A. Howell |

### NOTICE OF APPEAL

Notice is hereby given that plaintiffs Advanced Medical Technology Association and Medical Imaging & Technology Alliance appeal to the United States Court of Appeals for the District of Columbia Circuit from the July 22, 2025, final judgment (Dkt. 50) and the July 21, 2022, memorandum opinion (Dkt. 49) granting defendants' cross-motion for summary judgment (Dkt. 35), as well as all underlying or related orders, rulings, and findings that merge therein, without limitation.

---

[1]   Section 136 of Title 2 of the U.S. Code authorizes the Librarian of Congress to "make rules and regulations for the government of the Library." Duly exercising that authority, the Librarian promulgated Library of Congress Regulation 1-120, which governs "the succession to the duties of Acting Librarian in the Librarian's absence." L.C.R. § 1-120(1). Paragraph 2 of that regulation specifies that "[t]he succession to the duties of Acting Librarian shall be" first to "the Principal Deputy Librarian," and then to other officials within the Library only upon the Principal Deputy Librarian's unavailability.
   President Trump removed Carla Hayden as Librarian on May 8, 2025. He has not yet nominated a new Librarian, nor has the Senate confirmed any such nominee. *See* 2 U.S.C. § 136-1(a) ("The President shall appoint the Librarian of Congress, by and with the advice and consent of the Senate."). The Principal Deputy Librarian is Robert R. Newlen. In the absence of a Senate-confirmed replacement, Mr. Newlen is "automatically substituted" for Ms. Hayden pursuant to Federal Rule of Civil Procedure 25(d) and L.C.R. § 1-120(2).

2

Dated: September 12, 2025         Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (D.C. No. 991549)
  Winston & Strawn LLP
  1901 L Street NW
  Washington, DC 20036
  (202) 282-5096
  mkimberly@winston.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of this document was served via CM/ECF on all counsel of record pursuant to the Federal Rules of Civil Procedure on September 12, 2025.

/s/ *Michael B. Kimberly*