# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5328** **September Term, 2026**

**1:22-cv-00499-BAH**

**Filed On: October 27, 2026** **[2200385]**

Medical Imaging & Technology Alliance and Advanced Medical Technology Association,

Appellants

v.

Library of Congress and Todd Blanche, in his official capacity as Acting Librarian of Congress,

Appellees

**M A N D A T E**

In accordance with the judgment of September 1, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk

Link to the judgment filed September 1, 2026